Corinne Chandler – SBN 111423
 Email: cchandler@kantorlaw.net
Brent Dorian Brehm – SBN 248983
 Email: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Plaintiff,
Patricia Chadick

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PATRICIA CHADICK, | Case No.: EDCV13-01436 VAP (OPx) |
|---|---|
| Plaintiff, | **[PROPOSED]** ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| vs. | |
| SUN LIFE FINANCIAL and THE ERM GROUP INC. LONG TERM DISABILITY PLAN, | |
| Defendants. | |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice.  Each party shall bear its own fees and costs.

DATED: April 4, 2014

*Virginia A. Phillips*

Hon. Virginia A. Phillips
United States District Court Judge

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL
OF ENTIRE ACTION WITH PREJUDICE